UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KEVIN L. LACROIX, | Case No. 22-12936 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| PATRICK NACHTREIB, | Curtis Ivy |
| | United States Magistrate Judge |
| Defendant. | |
| _____/ | |

**OPINION AND ORDER ACCEPTING AND ADOPTING
THE MAGISTRATE JUDGE'S FEBRUARY 5, 2025
REPORT AND RECOMMENDATION (ECF No. 63)**

Currently before the court is Magistrate Judge Curtis Ivy's February 5, 2025, Report and Recommendation. (ECF No. 63). Magistrate Judge Ivy recommends granting Defendant's motion for summary judgment (ECF No. 57) and denying Defendant's motion to dismiss (ECF No. 55). (ECF No. 63). The court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed timely objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The court nevertheless agrees with the Magistrate Judge's recommended disposition. Therefore, the court **ACCEPTS** and **ADOPTS**

the Magistrate Judge's Report and Recommendation (ECF No. 63), **GRANTS** Defendant's motion for summary judgment (ECF No. 57), **DENIES** Defendant's motion to dismiss as moot (ECF No. 55), and **DISMISSES** the complaint with prejudice.

    **SO ORDERED**.

Date: March 4, 2025　　　　　　　　　　　　　　　　　s/F. Kay Behm
　　　　　　　　　　　　　　　　　　　　　　　　　　F. Kay Behm
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge